## NUTT v. MILLS COUNTY.

PUBLIC DITCH: NEGLIGENCE: COUNTY NOT LIABLE.

*Appeal from Pottawattamie District Court.*

THURSDAY, SEPTEMBER 20.

THE plaintiff avers that the defendant constructed a ditch and embankment along his land; that the defendant was guilty of negligance in the construction, and by reason thereof the plaintiff's land has been overflowed, and he has sustained injury. The defendant demurred to the petition, and the demurrer was sustained. The plaintiff electing to stand upon his petition, judgment was rendered against him for costs. He appeals.

*P. P. Kelley* and *J. H. Keatley*, for appellant.

*Hale & Stone* and *Watkins & Williams*, for appellee.

ADAMS, J.—The defendant is what is called a *quasi* corporation. Such corporations are not ordinarily liable for negligence. *Kincaid v. Hardin County*, 53 Iowa, 430. The precise question before us was determined in *Greene v. Harrison County*, *ante*, 311. The case of *Wilson v. Jefferson County*, 13 Iowa, 181, and other cases respecting county bridges, it was held did not apply. In our opinion the petition did not show a cause of action, and the demurrer was properly sustained,

AFFIRMED.